Bret A. Stone SBN 190161 BStone@PaladinLaw.com
Brian R. Paget SBN 168694 BPaget@PaladinLaw.com
Melanie A. Mariotti SBN 309000 MMariotti@PaladinLaw.com
PALADIN LAW GROUP® LLP
220 W. Gutierrez Street
Santa Barbara, CA 93101
Telephone: (805) 898-9700
Facsimile: (805) 852-2495

Special Assistant City Attorneys
for the City of West Sacramento

Counsel for Plaintiffs City of West Sacramento,
California, and People of the State of California

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WEST SACRAMENTO, CALIFORNIA; and PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>R AND L BUSINESS MANAGEMENT, a California corporation, f/k/a STOCKTON PLATING, INC., d/b/a CAPITOL PLATING, INC., a/k/a CAPITOL PLATING, a/k/a CAPITAL PLATING; CAPITOL PLATING, INC., a dissolved California corporation, *et al.*,<br><br>*Defendants*. | Case No. 2:18-cv-00900-WBS-EFB<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Judge William B. Shubb |
| AND RELATED COUNTERCLAIMS | |



The parties to this action, pursuant to Federal Rules of Civil Procedure 41(a)(2) hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the Dismissal of Prejudice of this action as to the City of West Sacramento and the People of the State of California's claims against Jeffery A. Lyon and Grace E. Lyon, with each party to bear its own attorney's fees and costs.

Dated: June 3, 2019     PALADIN LAW GROUP® LLP

By:  /s/ *Bret A. Stone*
Bret A. Stone

Special Assistant City Attorney
for the City of West Sacramento

Counsel for Plaintiffs
City of West Sacramento and
People of the State of California

Dated: June 3, 2019     By:  */s/ Jeffery A. Lyon*
Jeffery A. Lyon
*In pro per*
(Original signature retained by Bret A. Stone)

Dated: June 3, 2019     By:  */s/ Grace E. Lyon*
Grace E. Lyon
*In pro per*
(Original signature retained by Bret A. Stone)



**ORDER**

The stipulation is approved. The claims of the City of West Sacramento and the People of the State of California against Jeffery A. Lyon and Grace E. Lyon and the counterclaims of Jeffery A. Lyon and Grace E. Lyon against the City of West Sacramento are hereby dismissed with prejudice.

Dated: June 3, 2019

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

