Bret A. Stone     SBN 190161  BStone@PaladinLaw.com
Brian R. Paget     SBN 168694  BPaget@PaladinLaw.com
Melanie A. Mariotti SBN 309000  MMariotti@PaladinLaw.com
PALADIN LAW GROUP® LLP
220 W. Gutierrez Street
Santa Barbara, CA 93101
Telephone:   (805) 898-9700
Facsimile:    (805) 852-2495

Special Assistant City Attorneys
for the City of West Sacramento

Counsel for Plaintiffs City of West Sacramento,
California, and People of the State of California

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WEST SACRAMENTO, CALIFORNIA; and PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>R AND L BUSINESS MANAGEMENT, a California corporation, f/k/a STOCKTON PLATING, INC., d/b/a CAPITOL PLATING, INC., a/k/a CAPITOL PLATING, a/k/a CAPITAL PLATING; CAPITOL PLATING, INC., a dissolved California corporation, *et al.*,<br><br>*Defendants*.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:18-cv-00900-WBS-EFB<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE |



Plaintiffs the City of West Sacramento and the People of the State of California (collectively, the "City") and Defendant the Estate of Linda Schneider, Deceased, pursuant to Federal Rules of Civil Procedure Rule 41(a)(2) hereby stipulate, to the dismissal without prejudice of this action as to the City's claims against the Estate of Linda Schneider, Deceased, and the Estate of E. Birney Leland, Deceased with each party to bear its own attorney's fees and costs and no prevailing party determined.

Dated: September 4, 2019

PALADIN LAW GROUP® LLP

By: */s/ Bret A. Stone*
Bret A. Stone

Special Assistant City Attorney
for the City of West Sacramento

Counsel for Plaintiffs
City of West Sacramento and
People of the State of California

Dated: September 4, 2019

BUTY & CURLIANO LLP

By: */s/Madeline Buty* (authorized on 9/4/2019)
Madeline Buty

Counsel for Defendants
Estate of E. Birney Leland, Deceased,
Estate of Linda Schneider, Deceased, and
Estate of Nick Smith, Deceased



**ORDER**

The stipulation is approved. The claims of the City of West Sacramento and the People of the State of California against the Estate of Linda Schneider, Deceased and the Estate of E. Birney Leland are hereby dismissed without prejudice, each party is to bear their own costs and fees, and there is no prevailing party.

Dated: September 6, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

