UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CITY OF WEST SACRAMENTO, CALIFORNIA; and PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Plaintiffs,<br><br>   v.<br><br>R AND L BUSINESS MANAGEMENT, a California corporation, f/k/a STOCKTON PLATING, INC., d/b/a CAPITOL PLATING INC., a/k/a CAPITOL PLATING, a/k/a CAPITAL PLATING; CAPITOL PLATING, INC., a dissolved California corporation; et al.,<br><br>        Defendants. | No. 2:18-cv-00900 WBS EFB<br><br>ORDER RE: EVIDENTIARY HEARING ON DEFENDANTS' DIVISIBILITY DEFENSE |

----oo0oo----

On January 21, 2020, pursuant to the court's Order of December 2, 2019 (Docket No. 125, at 16), the court met with counsel to discuss scheduling an evidentiary hearing on the defendants' affirmative defense of divisibility. At the hearing,

1

counsel for plaintiffs agreed to dismiss their claims for trespass and ultrahazardous activity, as well as their prayer for damages under its public nuisance claim.  Accordingly, there are no issues remaining to be decided by a jury.

After reviewing the parties' Joint Status Report, and consulting with counsel, the court sets an evidentiary hearing on the defendants' affirmative defense of divisibility for August 25, 2020 at 9:00 a.m.  Each party shall file briefs on that issue on or before August 10, 2020.  The remainder of the court's previous Scheduling Order (Docket No. 58) remains in effect.

IT IS SO ORDERED.

Dated: January 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE