Bret A. Stone        SBN 190161 BStone@PaladinLaw.com
Brian R. Paget       SBN 168694 BPaget@PaladinLaw.com
Melanie A. Mariotti  SBN 309000 MMariotti@PaladinLaw.com
PALADIN LAW GROUP® LLP
220 W. Gutierrez Street
Santa Barbara, CA 93101
Telephone:   (805) 898-9700
Facsimile:   (805) 852-2495

Special Assistant City Attorneys
for the City of West Sacramento

Counsel for Plaintiffs City of West Sacramento,
California, and People of the State of California

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WEST SACRAMENTO, CALIFORNIA; and PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>R AND L BUSINESS MANAGEMENT, a California corporation, f/k/a STOCKTON PLATING, INC., d/b/a CAPITOL PLATING, INC., a/k/a CAPITOL PLATING, a/k/a CAPITAL PLATING; CAPITOL PLATING, INC., a dissolved California corporation; *et al*.,<br><br>*Defendants*. | Case No. 2:18-cv-00900-WBS-EFB<br><br>ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS' REPLY FOR THE MOTION TO STAY<br><br><u>Hearing</u>:<br>July 13, 2020<br>1:30pm<br>Courtroom 5<br><br>Judge William B. Shubb<br><br>Action filed: April 12, 2018<br>Trial date: March 9, 2021 |



Having reviewed the application of Plaintiffs, the City of West Sacramento and the People of the State of California for leave to file a Surreply in response to Defendants' Reply for the Motion to Stay, and good cause appearing, the Court GRANTS said application, gives leave for the filing of the surreply, and instructs the Clerk to file the Surreply attached to the application as Exhibit A.

Dated:  July 10, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE