PHILIP J. POGLEDICH, County Counsel (Bar No. 197110)
ERIC MAY, Senior Deputy County Counsel (Bar No. 245770)
OFFICE OF THE COUNTY COUNSEL
625 Court Street, Room 201
Woodland, CA 95695
Telephone: (530) 666-8172
philip.pogledich@yolocounty.org
eric.may@yolocounty.org

JENNIFER HARTMAN KING (SBN 211313)
ALANNA LUNGREN (SBN 269668)
ANDREYA WOO NAZAL (SBN 327651)
HARTMAN KING PC
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:  (916) 379-7530
Facsimile:  (916) 379-7535
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com
AWooNazal@HartmanKingLaw.com

Attorneys for Third-Party Defendant
And Counter-Claimant
COUNTY OF YOLO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF WEST SACRAMENTO, CALIFORNIA, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>R AND L BUSINESS MANAGEMENT, a California corporation, f/k/a STOCKTON PLATING, INC., d/b/a CAPITOL PLATING, INC., a/k/a CAPITOL PLATING, a/k/a CAPITAL PLATING, et al.,<br><br>         Defendants;<br><br>AND RELATED COUNTER, CROSS, AND THIRD-PARTY CLAIMS. | Case No.: 2:18-CV-00900-WBS-JDP<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR R AND L BUSINESS MANAGEMENT'S OPPOSITION TO THE COUNTY OF YOLO'S MOTION FOR SUMMARY JUDGMENT, AND THE COUNTY OF YOLO'S REPLY TO OPPOSITION**<br><br>**[LR 143]**<br><br>Hearing Date: November 16, 2020<br>Time:             1:30 p.m.<br>Location:       Courtroom 5<br>District Judge: Hon. William B. Shubb |

## STIPULATION

Third-Party Plaintiffs R and L Business Management and John Clark (collectively, "R&L") and Third-Party Defendant and Counter-Claimant County of Yolo ("County") (collectively, "the Stipulating Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on October 5, 2020, the County filed and served a Notice of Motion and Motion for Summary Judgment (ECF 207) in favor of the County and against R&L's Amended Third-Party Complaint Against County of Yolo (ECF 116);

WHEREAS, pursuant to Local Rule ("LR") 230(c) of the United States District Court for the Eastern District of California, the deadline for R&L to file and serve its opposition to the County's Motion for Summary Judgment is November 2, 2020;

WHEREAS, pursuant to LR 230(d), the deadline for the County to file and serve its reply to R&L's opposition to the County's Motion for Summary Judgment is November 9, 2020;

WHEREAS, the Stipulating Parties' respective opposition and reply filing deadlines were not set by order of the Court and neither of the Stipulating Parties' have received previous extensions of time for this particular issue;

WHEREAS, the Stipulating Parties agree to extend R&L's November 2, 2020, deadline to file and serve its opposition by one (1) day, to November 3, 2020; and

WHEREAS, the Stipulating Parties also agree to extend the County's November 9, 2020, deadline to file and serve its reply to R&L's opposition by one (1) day, to November 10, 2020.

NOW THEREFORE, the Stipulating Parties hereby stipulate pursuant to LR 144 to extend R&L's November 2, 2020, deadline to file and serve its opposition by one (1) day, to November 3, 2020, and the County's November 9, 2020, deadline to file and serve its reply to R&L's opposition by one (1) day, to November 10, 2020.

**IT IS SO STIPULATED.**

[Signatures on Following Page]

| | |
|---|---|
| Dated: November 2, 2020 | Respectfully submitted, |
| | HARTMAN KING PC |
| | By: _/s/Alanna Lungren_<br>    JENNIFER HARTMAN KING<br>    ALANNA LUNGREN<br>    ANDREYA WOO NAZAL<br>    Attorneys for Third-Party Defendant and Counter-Claimant<br>    COUNTY OF YOLO |
| Dated: November 2, 2020 | Respectfully submitted, |
| | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: _/s/ Ryan Matthews (as authorized on 11/02/20)_<br>    RYAN MATTHEWS<br>    Attorneys for Third-Party Plaintiffs<br>    R AND L BUSINESS MANAGEMENT AND JOHN CLARK |

### **ORDER**

Pursuant to the above Stipulation of the Parties,

**IT IS SO ORDERED.**

Dated: November 9, 2020

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE