Bret A. Stone SBN 190161 BStone@PaladinLaw.com
Brian R. Paget SBN 168694 BPaget@PaladinLaw.com
Melanie A. Mariotti SBN 309000 MMariotti@PaladinLaw.com
PALADIN LAW GROUP® LLP
220 W. Gutierrez Street
Santa Barbara, CA 93101
Telephone: (805) 898-9700
Facsimile: (805) 852-2495

Special Assistant City Attorneys
for the City of West Sacramento

Counsel for Plaintiffs City of West Sacramento, California, and People of the State of California

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WEST SACRAMENTO, CALIFORNIA; and PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>R AND L BUSINESS MANAGEMENT, a California corporation, f/k/a STOCKTON PLATING, INC., d/b/a CAPITOL PLATING, INC., a/k/a CAPITOL PLATING, a/k/a CAPITAL PLATING; CAPITOL PLATING, INC., a dissolved California corporation; *et al.*,<br><br>*Defendants.* | Case No. 2:18-cv-00900-WBS-EFB<br><br>ORDER ON PLAINTIFFS' *EX PARTE* APPLICATION TO SHORTEN TIME FOR PLAINTIFFS' MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, RECONSIDERATION OF PLAINTIFFS' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Judge William B. Shubb<br><br>Action filed: April 12, 2018<br>Trial date: March 9, 2021 |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS. | |



For the good cause shown, the Court GRANTS Plaintiffs' *Ex Parte* Application to Shorten Time for Plaintiffs' Motion for Clarification or, in the alternative, Reconsideration. The scheduled hearing date of January 25, 2021 is ADVANCED to **Monday, December 14, 2020 at 1:30 p.m.** Any response to the Motion must be filed by **Thursday, December 10, 2020**.

IT IS SO ORDERED.

Dated: December 7, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

