UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CITY OF WEST SACRAMENTO, CALIFORNIA; and PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>R AND L BUSINESS MANAGEMENT, a California corporation, f/k/a STOCKTON PLATING, INC., d/b/a CAPITOL PLATING INC., a/k/a CAPITOL PLATING, a/k/a CAPITAL PLATING; CAPITOL PLATING, INC., a dissolved California corporation; et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-00900 WBS EFB<br><br>ORDER RE: PLAINTIFFS' MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, RECONSIDERATION |

----oo0oo----

For the reasons set forth orally on the record at the hearing on December 14, 2020,

IT IS HEREBY ORDERED that plaintiffs' motion for clarification or, in the alternative, reconsideration of the court's December 2, 2020 Memorandum and Order Re: Plaintiff's

1

1  Motion for Summary Judgment be, and the same hereby is DENIED.

2  Dated:  December 15, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE