UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CITY OF WEST SACRAMENTO, CALIFORNIA; and PEOPLE OF THE STATE OF CALIFORNIA,, <br><br> Plaintiff, <br><br> v. <br><br> R AND L BUSINESS MANAGEMENT, a California corporation, f/k/a STOCKTON PLATING, INC., d/b/a CAPITOL PLATING INC., a/k/a CAPITOL PLATING, a/k/a CAPITAL PLATING; CAPITOL PLATING, INC., a dissolved California corporation; JOHN CLARK, an individual; ESTATE OF NICK E. SMITH, DECEASED; et al., <br><br> Defendant. | No. 2:18-cv-00900 WBS EFB <br><br><br> ORDER RE: TRIAL BRIEFING SCHEDULE |

----oo0oo----

Notwithstanding the County of Yolo's Statement Regarding its Demand for Jury Trial (Docket No. 236), all parties shall file the briefs previously requested by the court pursuant

1

to the briefing schedule included in the court's Final Pretrial Order (Docket No. 233) and shall appear at the hearing scheduled on *January 26, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 11, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE