UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CITY OF WEST SACRAMENTO, CALIFORNIA; and PEOPLE OF THE STATE OF CALIFORNIA,,<br><br>Plaintiff,<br><br>v.<br><br>R AND L BUSINESS MANAGEMENT, a California corporation, f/k/a STOCKTON PLATING, INC., d/b/a CAPITOL PLATING INC., a/k/a CAPITOL PLATING, a/k/a CAPITAL PLATING; CAPITOL PLATING, INC., a dissolved California corporation; JOHN CLARK, an individual; ESTATE OF NICK E. SMITH, DECEASED; et al.,<br><br>Defendant. | No. 2:18-cv-00900 WBS EFB<br><br><br><br><u>ORDER</u> |

----oo0oo----

On January 5, 2021, the court issued a Final Pretrial Order ("PTO") in this matter.  (Docket No. 233.)  Plaintiffs filed objections and proposed modifications to the PTO on January

1

12, 2021.  (Docket No. 239.)

          On or before January 20, 2021, defendants R and L Business Management, John Clark, and the Estate of Nick E. Smith shall file a response to the objections and proposed modifications stating whether defendants object to any of plaintiffs' proposed modifications.  If defendants have any objections, they shall identify the specific modifications they object to and provide the basis for each objection.  The parties shall be prepared to discuss the proposed modifications at the hearing scheduled for January 26, 2021, at 10:00 a.m.

          IT IS SO ORDERED.

Dated:  January 14, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2