UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CITY OF WEST SACRAMENTO, CALIFORNIA; and PEOPLE OF THE STATE OF CALIFORNIA,,<br><br>Plaintiff,<br><br>v.<br><br>R AND L BUSINESS MANAGEMENT, a California corporation, f/k/a STOCKTON PLATING, INC., d/b/a CAPITOL PLATING INC., a/k/a CAPITOL PLATING, a/k/a CAPITAL PLATING; CAPITOL PLATING, INC., a dissolved California corporation; JOHN CLARK, an individual; ESTATE OF NICK E. SMITH, DECEASED; et al.,<br><br>Defendant. | No. 2:18-cv-00900 WBS EFB<br><br><br><br><br><br>ORDER |

----oo0oo----

On January 20, 2021, Arrowood Indemnity Company ("Arrowood") filed a motion to intervene in this action pursuant to Rule 24(a), or, in the alternative, Rule 24(b).  (Docket No.

1

1 | 244.); Fed. R. Civ. P. 24.  Because the hearing on Arrowood's
2 | motion is not scheduled until February 22, 2021, and the trial
3 | date in this matter is set for March 9, 2021, Arrowood
4 | simultaneously filed an ex parte application pursuant to Local
5 | Rule 144 seeking to shorten time on the hearing of its motion.
6 | (Docket No. 246.)  Although no opposition to the motion has yet
7 | been filed, in its application Arrowood indicates that plaintiffs
8 | informed it that they would oppose the ex parte application, and
9 | the court assumes that defendants may also object.
10 |        In light of the fact that the parties' preparation for
11 | trial may be substantially affected by the court's resolution of
12 | Arrowood's motion, and considering that the court has already
13 | scheduled a hearing in this action on Tuesday, January 26, 2021,
14 | in order to resolve this application as soon as possible, the
15 | court will set the hearing on Arrowood's motion for hearing at
16 | the same time.
17 |        IT IS THEREFORE ORDERED that a hearing on Arrowood's
18 | motion is set for Tuesday, January 26, 2021, at 10:00 a.m.,
19 | electronically over Zoom.  The parties are directed to file their
20 | responsive briefs, if any, by close of business Monday, January
21 | 25, 2021.
22 | Dated:  January 21, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2