1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

                                  ----oo0oo----

11

12   CITY OF WEST SACRAMENTO,              No. 2:18-cv-00900 WBS
     CALIFORNIA; and PEOPLE OF THE         JDP
13   STATE OF CALIFORNIA,

14                  Plaintiffs,

15        v.
                                           ORDER RELATING CASES
16   R AND L BUSINESS MANAGEMENT, a
     California corporation, f/k/a
17   STOCKTON PLATING, INC., d/b/a
     CAPITOL PLATING, INC., a/k/a
18   CAPITOL PLATING, a/k/a CAPITAL
     PLATING; CAPITOL PLATING, INC.,
19   a dissolved California
     corporation; ESTATE OF NICK E.
20   SMITH, DECEASED; JOHN CLARK, an
     individual; THE URBAN FARMBOX
21   LLC, a suspended California
     limited liability company; et
22   al.,,

23                  Defendants.

24

25

26   ARROWOOD INDEMNITY COMPANY, a         No. 2:21-cv-00397 KJM AC
     Delaware corporation, formerly
27   known as ROYAL INSURANCE
     COMPANY OF AMERICA, and
28   successor to ROYAL GLOBE

                                    1

1  INSURANCE COMPANY,

2            Plaintiff,

3      v.

4  R AND L BUSINESS MANAGEMENT,
   formerly known as STOCKTON
5  PLATING, INC., a California
   corporation; JOHN R. CLARK, an
6  individual; ESTATE OF NICK
   SMITH, deceased; the CITY OF
7  WEST SACRAMENTO; and ROES 1-50,
   inclusive,
8
             Defendants.
9

10                              ----oo0oo----

11           Examination of the above-entitled actions reveals that

12   they are related within the meaning of Local Rule 123(a) because

13   both cases involve liability for environmental contamination at

14   the same property in West Sacramento, California.  Accordingly,

15   the assignment of the matters to the same judge is likely to

16   effect a substantial saving of judicial effort and is also likely

17   to be convenient for the parties.

18           The parties should be aware that relating the cases

19   under Local Rule 123 merely has the result that both actions are

20   assigned to the same judge; no consolidation of the actions is

21   effected.  Under the regular practice of this court, related

22   cases are generally assigned to the judge and magistrate judge to

23   whom the first filed action was assigned.

24           IT IS THEREFORE ORDERED that the actions denominated

25   City of West Sacramento v. R and L Business Management, Case No.

26   2:18-cv-900 WBS JDP, and Arrowood v. City of West Sacramento,

27   Case No. 2:21-cv-397 KJM AC, be, and the same hereby are, deemed

28
                                    2

1  related.  The case denominated Arrowood v. City of West

2  Sacramento, Case No. 2:21-cv-397 KJM AC, shall be reassigned to

3  the Honorable WILLIAM B. SHUBB.  Any dates currently set in the

4  reassigned case only are hereby VACATED.  Henceforth, the

5  captions on documents filed in the reassigned case shall be shown

6  as Arrowood v. City of West Sacramento, Case No. 2:21-cv-397 WBS

7  JDP.

8          IT IS FURTHER ORDERED that the Clerk of the Court make

9  an appropriate adjustment in the assignment of cases to

10  compensate for this reassignment.

11  Dated:  March 9, 2021

12                                        WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28