UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WEST SACRAMENTO, CALIFORNIA; AND PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>R AND L BUSINESS MANAGEMENT, a California corporation, f/k/a STOCKTON PLATING, INC., d/b/a CAPITOL PLATING, INC., a/k/a CAPITOL PLATING, a/k/a CAPITAL PLATING, et al.,<br><br>　　　　Defendants;<br><br>AND RELATED COUNTER, CROSS, AND THIRD-PARTY CLAIMS. | Case No.: 2:18-CV-00900-WBS-JDP<br><br>**ORDER GRANTING COUNTY OF YOLO'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION**<br><br>Hearing Date: April 5, 2021<br>Time:　　　1:30 p.m.<br>Location:　　Courtroom 5<br>District Judge: Hon. William B. Shubb |

　　This matter came before the Court pursuant to Third-Party Defendant County of Yolo's ("County") Motion for Good Faith Settlement Determination ("Motion"). (Docket No. 263.)

　　There being no opposition to the Motion (see Docket No. 276), the court, after considering the Motion and related papers, and materials submitted by the County, hereby finds:

1. The settlement agreement between City of West Sacramento and the People of the State of California (collectively, "Plaintiffs"), and the County was made in good faith under sections 877 and 877.6 of the California Code of Civil Procedure;

2. That settlement is "procedurally and substantively fair, reasonable, and consistent

with [the] objectives" of the Comprehensive Environmental Response, Compensation, and Liability Act under 42 U.S.C. § 9613(f)(2);

3. All claims that were or could have been brought against the County, by any party, related to the subject of this lawsuit, are dismissed with prejudice, extinguished, and forever barred (*see* Cal. Civ. Proc. Code §§ 877, 877.6; 42 U.S.C. § 9613(f)(2)); and

4. The Amended Third-Party Complaint (ECF 116) is dismissed with prejudice as to the County.

**IT IS SO ORDERED.**

Dated:  March 9, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE