PHILIP J. POGLEDICH, County Counsel (SBN 197110)
ERIC MAY, Senior Deputy County Counsel (SBN 245770)
OFFICE OF THE COUNTY COUNSEL
625 Court Street, Room 201
Woodland, CA 95695
Telephone: (530) 666-8172
Philip.Pogledich@yolocounty.org
Eric.May@yolocounty.org

JENNIFER HARTMAN KING (SBN 211313)
ALANNA LUNGREN (SBN 269668)
ANDREYA WOO NAZAL (SBN 327651)
HARTMAN KING PC
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 379-7530
Facsimile: (916) 379-7535
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com
AWooNazal@HartmanKingLaw.com

Attorneys for Third-Party Defendant
And Counter-Claimant
COUNTY OF YOLO

Exempt From Filing Fees Pursuant To
Government Code Section 6103

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF WEST SACRAMENTO, CALIFORNIA, et al.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>R AND L BUSINESS MANAGEMENT, a California corporation, f/k/a STOCKTON PLATING, INC., d/b/a CAPITOL PLATING, INC., a/k/a CAPITOL PLATING, a/k/a CAPITAL PLATING, et al.,<br><br>                    Defendants;<br><br>AND RELATED COUNTER, CROSS, AND THIRD-PARTY CLAIMS. | Case No.: 2:18-CV-00900-WBS-JDP<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER**<br><br>Trial Date:    No Trial Date Set<br>Time:         9:00 A.M.<br>Location:     Courtroom 5<br>District Judge: Hon. William B. Shubb |

Third-Party Defendant and Counter-Claimant, the County of Yolo ("County"), and Third-Party Plaintiffs and Counter-Defendants, R and L Business Management f/k/a Stockton Plating Inc. and John Clark (collectively, "R&L"), by and through their respective counsel, hereby stipulate as follows:

Pursuant to Federal Rule of Civil Procedure rule 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of the County's claims against R&L *without prejudice*. R&L and the County further stipulate that each of them shall bear their own costs of litigation and they hereby waive all rights, if any, to recover costs, including attorneys' fees, from the other with respect to the above-captioned action.

**IT IS SO STIPULATED.**

Dated: April 16, 2021                               HARTMAN KING PC


                                                    By: */s/ Jennifer Hartman King*
                                                        JENNIFER HARTMAN KING
                                                        ALANNA LUNGREN
                                                        ANDREYA WOO NAZAL
                                                    Attorneys for Third-Party Defendant and Counter-Claimant COUNTY OF YOLO


Dated:  March 25, 2021                              LEWIS BRISBOIS BISGAARD & SMITH LLP


                                                    By: */s/ Joseph A. Salazar Jr.* (as authorized on 3/25/21)
                                                        JOSEPH A. SALAZAR JR.
                                                    Attorneys for Third-Party Plaintiffs and Counter-Defendants, R AND L BUSINESS MANAGEMENT f/k/a STOCKTON PLATING INC. and JOHN CLARK

**ORDER**

The foregoing Stipulation of the parties is accepted and approved. The County of Yolo's claims against R and L Business Management f/k/a Stockton Plating Inc. and John Clark (collectively, "R&L") are hereby dismissed without prejudice. The County and R&L shall each bear their own costs of litigation and they hereby waive all rights, if any, to recover costs, including attorneys' fees, from the other with respect to the above-captioned action.

IT IS SO ORDERED.

Dated: April 16, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE