UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CITY OF WEST SACRAMENTO, CALIFORNIA; and PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Plaintiff,<br><br>     v.<br><br>R AND L BUSINESS MANAGEMENT, a California corporation, f/k/a STOCKTON PLATING, INC., d/b/a CAPITOL PLATING, INC., a/k/a CAPITOL PLATING, a/k/a CAPITAL PLATING; CAPITOL PLATING, INC., a dissolved California corporation; ESTATE OF GUS MADSACK, DECEASED; ESTATE OF CHARLES A. SCHOTZ a/k/a SHOTTS, DECEASED; ESTATE OF E. BIRNEY LELAND, DECEASED; ESTATE OF FRANK E. ROSEN, DECEASED; ESTATE OF UNDINE F. ROSEN, DECEASED; ESTATE OF NICK E. SMITH, DECEASED; RICHARD LELAND, an individual; SHARON LELAND, an individual; ESTATE OF LINDA SCHNEIDER, DECEASED; JUDY GUESS, an individual; JEFFREY A. LYON, an individual; GRACE E. LYON, an individual; THE URBAN FARMBOX LLC, a suspended California limited liability company; and DOES 1-50, inclusive, | No. 2:18-CV-00900 WBS EFB<br><br>ORDER |

1

Defendants.

----oo0oo----

The court has dismissed this action as against most of the defendants.  However, defendants the Estate of Gus Madsack, the Estate of Charles A. Schotz, the Estate of Frank E. Rosen, and the Estate of Undine F. Rosen, remain and have not appeared in the case, and it is not clear that plaintiffs have taken any action to litigate this case against them.  Accordingly, plaintiffs shall have thirty days from the date of this Order to either request entry of default of those parties or dismiss the action as against them.  If plaintiffs file neither a request for default nor a dismissal as against those defendants within thirty days from the date of this Order, the court will assume plaintiffs do not wish to proceed on their claims against those defendants and will dismiss this action as against them.

IT IS SO ORDERED.

Dated:  October 1, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2